SCHWARTZ, Respondent, v. LIPPMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Appeal from Special Term. Action by Sarah Schwartz, as administratrix of the goods, chattels, and credits of Herman Schwartz, deceased, against George Lippman and another. From an order granting a motion for a bill of particulars, defendants appeal. Appeal dismissed. William L. O'Brien, for appellants. Jacob W. Block, for respondent.

PER CURIAM. The appeal should be dismissed, with $10 costs and disbursements, upon the ground that the order was entered upon the motion of the plaintiff, but without prejudice to a motion for a resettlement of the order, or for a renewal of the application for a bill of particulars at the Special Term on proper papers.

SCOTT, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by Daniel Scott, an infant, by Carrie C. Bain, his guardian ad litem, against the International Paper Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCUDDER, Respondent, v. KENNAHAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Townsend Scudder against John C. Kennahan, impleaded with others. No opinion. Motion denied.

SEAGER, Appellant, v. SOLVAY PROCESS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Rose C. Seager, as administratrix, etc., against the Solvay Process Company. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

SEATON, Respondent, v. BROWER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Action by Albert J. Seaton against Abram G. Brower. No opinion. Order denying motion to strike out interest reversed, without costs. Judgment modified, by striking therefrom the amount of interest allowed, and, as so modified, affirmed, together with the order denying motion for a new trial upon the minutes, without costs of this appeal to either party.

SEIDER v. CRONIN et al. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Herman Seider against John F. Cronin, impleaded. No opinion. Motion granted, with $10 costs. Order filed.

SEIDER v. HUPPERT et al. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Herman Seider against Isaac Huppert and others. No opinion. Motion granted, with $10 costs. Order filed.

SENGLAUP, Respondent, v. ACKER PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Action by Maggie A. Senglaup against the Acker Process Company. No opinion. Motion denied, without costs, and the order of this court entered herein on the 27th day of September, 1907, amended nunc pro tunc.

SHAND, Respondent, v. HUDSON VALLEY RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Action by Ella M. Shand, as administratrix, etc., against the Hudson Valley Railway Company. No opinion. Judgment and order affirmed, with costs.

SHAPIRO, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Jacob Shapiro against the city of New York. M. S. Schector, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SHAW, Respondent, v. SHAW, Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Catharine M. Shaw against Sheldon B. Shaw. J. M. Grossman, for appellant. M. Schaap, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SIMMONS, Appellant, v. CRISFIELD, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by James J. Simmons against Francis I. Crisfield. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified.

SINK, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Elizabeth Sink, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

SMITH v. ANDERSON. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by Samuel R. Smith against Frank E. Anderson. No opinion. Motion to open default granted, on payment of $10 costs. Settle order on notice.

SMITH v. ANDERSON. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by Samuel R. Smith against Frank E. Anderson. No opinion. Motion denied, on conditions stated in order. Order filed.

SPACHNER et al., Respondents, v. ADLER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Leopold Spachner and another against Jacob P. Adler and others. J. A. Seidman, for appellants. C. Dushkind, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.